**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
MARK ROBERT MALONEY

    Debtor(s)

Ronda J. Winnecour

    Movant

vs.

US BANK TRUST NA - TRUSTEE LODGE SERIES IV TRUST
    Respondent(s)

Case No. 16-10839TPA

Chapter 13

Document No.___

INTERIM NOTICE OF CURE OF ARREARS

    Chapter 13 Trustee Ronda J. Winnecour gives notice to the holder(s) of claims secured by a security interest in the debtor's principal residence, i.e. the Respondent(s) named above, that the amount required to cure the **prepetition** default has been paid in full. This notice does not replace the notice required by Bankruptcy Rule 3001(f), which will be filed and served by the Trustee after the debtors have completed all payments required under the plan.

    The holders of a claim secured by a security interest in the debtor's principal residence are requested to notify the debtor, debtor's counsel and the Trustee if the creditor does not agree that the debtor has paid in full the amount required to cure the **prepetition** default on the claim. The statement should itemize the required cure, excluding postpetition amounts due, if any, that the holder contends remain unpaid as of the date of the statement.

Trustee Record Number - 36
Court Claim Number - 9

12/11/2019

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
MARK ROBERT MALONEY

       Debtor(s)

Ronda J. Winnecour

       Movant
vs.

US BANK TRUST NA - TRUSTEE LODGE SERIES IV TRUST
       Respondent(s)

Case No.:16-10839TPA

Chapter 13

Document No.___

**CERTIFICATE OF SERVICE**

    I hereby certify that on the date shown below, I served a true and correct copy of Interim Notice of Cure of Arrears upon the following, by regular United States mail, postage prepaid, addressed as follows:

> MARK ROBERT MALONEY, 711 BRIDGE STREET, JOHNSONBURG, PA  15845
>
> MICHAEL S JAN JANIN ESQ, QUINN BUSECK LEEMHUIS ET AL, 2222 W GRANDVIEW, ERIE, PA  16506-4508
>
> US BANK TRUST NA - TRUSTEE LODGE SERIES IV TRUST, C/O BSI FINANCIAL SERVICES(*), LOCKBOX NUMBER 679002, 1200 E CAMPBELL RD STE 108, RICHARDSON, TX  75081
>
> BSI FINANCIAL SERVICES INC**, 1425 GREENWAY DR STE 400, IRVING, TX  75038
>
> MICHELLE R GHIDOTTI-GONSALVES ESQ, 1920 OLD TUSTIN AVE, SANTA ANA, CA  92705

12/11/2019

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com